IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**
MAY 0 1 2000
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

| | |
|---|---|
| KENNETH M. ZERAN, ) | |
| ) Plaintiff, ) | |
| vs. ) | NO. CIV-96-08-T |
| ) | |
| DIAMOND BROADCASTING, INC., ) | **DOCKETED** |
| ) Defendant. ) | |

## ORDER

This action has been remanded for the court's determination of the defendant's entitlement to costs. The defendant, as the prevailing party, is awarded its costs, which will be assessed by the Court Clerk. See Fed.R.Civ.P. 54(d)(1).

IT IS SO ORDERED this __1__ day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE

ENTERED ON JUDGMENT DOCKET ON 5-1-00

79